IN RE SEX OFFENDER REGISTRATION CASES.

[Cite as *In re Sex Offender Registration Cases* (2000), 89 Ohio St.3d 59.]

(No. 99–579 *et seq.*—Submitted April 26, 2000—Decided May 15, 2000.)

The following dispositions of currently pending appeals are hereby entered based on our decision in *State v. Williams* (2000), 88 Ohio St.3d 513, 728 N.E.2d 342.

I

The judgments of the courts of appeals in the following cases are reversed, and the causes are remanded to the trial courts:

99–579.  *State v. Reese.*  Portage App. No. 97–P–0048, 1999 WL 545753.

99–641.  *State v. Abrams.*  Lake App. No. 97–L–192, 1999 WL 262162.

99–642.  *State v. Christison.*  Lake App. No. 98–L–009, 1999 WL 262163.

99–643.  *State v. Alger.*  Lake App. No. 97–L–203, 1999 WL 266695.

99–644.  *State v. Darroch.*  Lake App. No. 97–L–174, 1999 WL 262172.

99–645.  *State v. Cowoski.*  Lake App. No. 97–L–170, 1999 WL 268595.

99–646.  *State v. Calhoun.*  Lake App. No. 97–L–221, 1999 WL 266706.

99–647.  *State v. Cwalina.*  Lake App. No. 97–L–222, 1999 WL 266805.

99–648.  *State v. Boswell.*  Lake App. No. 98–L–008, 1999 WL 266895.

99–649.  *State v. Burgan.*  Lake App. No. 97–L–242, 1999 WL 267009.

99–655.  *State v. Greene.*  Lake App. No. 97–L–220, 1999 WL 266894.

99–656.  *State v. Gau.*  Lake App. No. 97–L–175, 1999 WL 268632.

99–657.  *State v. Ferguson.*  Lake App. No. 97–L–241, 1999 WL 266948.

99–658.  *State v. King.*  Lake App. No. 97–L–173, 1999 WL 266574.

99–659.  *State v. DeCapite.*  Lake App. No. 98–L–133, 1999 WL 262169.

99–660.  *State v. Hammesfahr.*  Lake App. No. 97–L–193, 1999 WL 266621.

99–661.  *State v. King.*  Lake App. No. 97–L–194, 1999 WL 266471.

99–662.  *State v. Drake.*  Lake App. No. 97–L–176, 1999 WL 268790.

99–664.  *State v. Dietz.*  Lake App. No. 97–L–204, 1999 WL 262160.

99–672.  *State v. Noble.*  Lake App. No. 97–L–240, 1999 WL 266898.

99–673.  *State v. New.*  Lake App. No. 97–L–178, 1999 WL 268564.

99–674.  *State v. Laing.*  Lake App. No. 97–L–172, 1999 WL 268594.

99–675.  *State v. Malek.*  Lake App. No. 98–L–010, 1999 WL 267005.

99–676.  *State v. Pope.* Lake App. No. 97–L–182, 1999 WL 268562.

99–677.  *State v. Pasko.*  Lake App. No. 98–L–011, 1999 WL 266897.

99–678.  *State v. McClintick.*  Lake App. No. 97–L–171, 1999 WL 262399.

99–679.  *State v. Neal.* Lake App. No. 97–L–179, 1999 WL 268896.

99–680.  *State v. Lawrinson.*  Lake App. No. 97–L–205, 1999 WL 262412.

99–689.  *State v. Rivera.*  Lake App. No. 97–L–181, 1999 WL 267429.

99–691.  *State v. Spaller.*  Lake App. No. 97–L–183, 1999 WL 267427.

99–693.  *State v. Ventresca.*  Lake App. No. 97–L–243, 1999 WL 267010.

99–702.  *State v. Taylor.*  Lake App. No. 97–L–185, 1999 WL 268563.

99–703.  *State v. Vernon.*  Lake App. No. 97–L–184, 1999 WL 267553.

99–705.  *State v. Semanak.*  Lake App. No. 97–L–180, 1999 WL 267526.

99–706.  *State v. Waites.*  Lake App. No. 97–L–244, 1999 WL 267006.

99–708.  *State v. Will.*  Lake App. No. 97–L–186, 1999 WL 266616.

99–709.  *State v. Witlicki.*  Lake App. No. 97–L–189, 1999 WL 266588.

99–711.  *State v. Wolfe.*  Lake App. No. 97–L–188, 1999 WL 266590.

99–712.  *State v. Woodruff.*  Lake App. No. 97–L–190, 1999 WL 266473.

99–730.  *State v. Hill.*  Lake App. No. 97–L–187, 1999 WL 266619.

99–732.  *State v. Ferguson.*  Ashtabula App. No. 98–A–0021, 1999 WL 267426.

99–736.  *State v. Hollis.*  Ashtabula App. No. 98–A–0020, 1999 WL 266700.

99–737.  *State v. Prisco.*  Ashtabula App. No. 98–A–0015, 1999 WL 267483.

99–738.  *State v. Lynch.*  Ashtabula App. No. 98–A–0013, 1999 WL 266685.

99–739.  *State v. Moore.*  Ashtabula App. No. 98–A–0030, 1999 WL 266701.

99–740.  *State v. Miller.*  Ashtabula App. No. 98–A–0024, 1999 WL 267434.

99–741.  *State v. Whitsell.*  Ashtabula App. No. 98–A–0025, 1999 WL 268561.

99–742.  *State v. Sanders.*  Ashtabula App. No. 98–A–0022, 1999 WL 266751.

99–743.  *State v. Mitcham.*  Ashtabula App. No. 98–A–0017, 1999 WL 266686.

99–744.  *State v. Loudenback.*  Ashtabula App. No. 98–A–0023, 1999 WL 267552.

99–745.  *State v. McNutt.*  Ashtabula App. No. 98–A–0014, 1999 WL 262150.

99–746.  *State v. Vigilante.*  Ashtabula App. No. 98–A–0029, 1999 WL 266702.

99–747.  *State v. Morris.*  Ashtabula App. No. 98–A–0018, 1999 WL 262148.

99–748.  *State v. Lemmon.*  Ashtabula App. No. 98–A–0028, 1999 WL 266684.

99–749.  *State v. Luther.*  Ashtabula App. No. 98–A–0016, 1999 WL 266682.

99–750.  *State v. Keig.*  Ashtabula App. No. 98–A–0019, 1999 WL 267637.

99–755.  *State v. Pingley.*  Portage App. No. 97–P–0055, 1999 WL 262308.

99–756.  *State v. Wells.*  Portage App. No. 97–P–0056, 1999 WL 262414.

99–757.  *State v. Brant.*  Portage App. No. 97–P–0052, 1999 WL 270085.

99–758.  *State v. Long.*  Portage App. No. 97–P–0057, 1999 WL 262304.

99–759.  *State v. Patterson.*  Portage App. No. 97–P–0051, 1999 WL 270077.

99–760.  *State v. Black.*  Portage App. No. 97–P–0053, 1999 WL 270080.

99–761.  *State v. Hardy.*  Portage App. No. 97–P–0062, 1999 WL 262422.

99–762.  *State v. Johnson.*  Portage App. No. 97–P–0047, 1999 WL 262423.

99–763.  *State v. Douglas.*  Portage App. No. 97–P–0049, 1999 WL 262421.

## II

The judgments of the courts of appeals in the following cases are reversed:

99–690.  *State v. Bayless.*  Lake App. No. 97–L–257, 1999 WL 262181.

99–692.  *State v. Armington.*  Lake App. No. 98–L–193, 1999 WL 1483446.

99–694.  *State v. Setina.*  Lake App. No. 97–L–239, 1999 WL 266750.

99–695.  *State v. Hartman.*  Lake App. No. 98–L–020, 1999 WL 262166.

99–696.  *State v. Lett.*  Lake App. No. 97–L–210, 1999 WL 266753.

99–698.  *State v. Swansinger.*  Lake App. No. 97–L–120, 1999 WL 262306.

99–699.  *State v. Pearson.*  Lake App. No. 98–L–179, 1999 WL 1483445.

99–700.  *State v. Otero.*  Lake App. No. 97–L–310, 1999 WL 262413.

99–701.  *State v. Crawford.*  Lake App. No. 97–L–245, 1999 WL 262299.

99–704.  *State v. Gaster.*  Lake App. No. 97–L–281, 1999 WL 262157.

99–707.  *State v. Butcher.*  Lake App. No. 97–L–030, 1999 WL 262305.

99–710.  *State v. Bayless.*  Lake App. No. 97–L–256, 1999 WL 267425.

99–716.  *State v. McDonald.*  Lake App. No. 97–L–305, 1999 WL 266681.

## III

The judgments of the courts of appeals in the following cases are affirmed:

99–1099.  *State v. Fink.*  Stark App. No. 1998CA00348, 1999 WL 333362.

99–1402  and 99–1604.  *State v. Sarli.*  Cuyahoga App. No. 74292, 1999 WL 401647.

99–1766. *State v. Dickens.* Clermont App. No. CA98–09–075, 1999 WL 562125.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.